# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2013

## NO. 03-13-00035-CV

Westside Community Development Corporation, Appellant

v.

Fayette County Appraisal District, Appellee

**APPEAL FROM 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE PEMBERTON**

**THIS DAY** came on to be submitted to this Court the parties' joint motion to dismiss the appeal

in the above cause, and the Court having fully considered said motion, and being of the opinion

that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said

motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party

shall pay the costs of the appeal incurred by that party, both in this Court and the court below;

and that this decision be certified below for observance.